FILED'10 MAR 02 11:37 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

SHARON RUSHFELDT,
    Plaintiff,

CV# 08-1456-CL

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6434.08 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this \_1\_ day of ~~February~~ March, 2010.

_____
Owen Panner
US District Court Judge